DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO LOPEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1187

[August 29, 2019]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Alspector, Judge; L.T. Case No. 04-019499-CF-10A.

Antonio Lopez, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***